UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 3 0 2011

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NUMBER: |
| § | |
| ORLANDO ABAD-LOPEZ § | H 11 -844 |
| Defendant § | |
| § | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about September 8, 2009 in the Houston Division of the Southern District of Texas, the defendant,

**ORLANDO ABAD-LOPEZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Cobra, model CA-380, .380 caliber pistol, a Lorcin, model L380, .380 caliber pistol, a Bersa, model Thunder 380, .380 caliber pistol, 25 rounds of 9mm caliber ammunition, and 64 rounds of .380 caliber ammunition, all of which had been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, § 922(g)(1) and §924(a)(2).

### Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that all firearm(s) and ammunition involved in violation of Title 18, United States Code, Section 922(g)(1) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

1.) A Cobra, model CA-380, .380 pistol with an obliterated serial number ;

2.) A Lorcin, model L380, .380 pistol serial #128369;

3.) A Bersa, model Thundwe 380, .380 pistol serial #592583;

4.) 38 rounds of Prvi Partizan (PPU) .380 caliber ammunition;

5.) 25 rounds of Winchester 9mm caliber ammunition;

6.) 22 rounds of Remington .380 caliber ammunition; and

7.) 4 rounds of Winchester .380 caliber ammunition.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE
--------------------------------
**FOREPERSON OF THE GRAND JURY**

**Kenneth Magidson**
**UNITED STATES ATTORNEY**

BY: _____
**Demetrius Bivins**
**Special Assistant United States Attorney**