UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | Criminal No: 4:11-cr-844 |
| | § | |
| **ORLANDO ABAD-LOPEZ** | § | |
| aka Land Abad | § | |
| aka Land-Jr. Abad | § | |
| aka Landy Abad | § | |
| aka Rolando Abar | § | |
| aka Orlando Abbad | § | |
| aka Rafall Manuel Barrios | § | |
| aka Rafael Manuel Barrios | § | |
| aka Angel L Colon | § | |
| aka A L Colon | § | |
| aka Enrique Enriquez | § | |
| aka Erich Escriba | § | |
| aka Orlando Garcia | § | |
| aka Ricky Garcia | § | |
| aka Ricky Orlando Garcia | § | |
| aka Rolando Abar Garcia | § | |
| aka Orlando Garcia-Lopez | § | |
| aka Orlando Garcias Lopez | § | |
| aka Rolando Manuel Garcis | § | |
| aka Orlando Garza | § | |
| aka Julio Ramirez Mestas | § | |
| aka Julio Ramirez | § | |
| aka Ernesto Rosario Romero | § | |
| aka Landy-Jr Roney | § | |
| aka Ernesto Rosario Romero | § | |
| aka Landy-Jr Runey | § | |
| aka Raul-Jr. Sanchez | § | |
| aka Jorge Sanchez | § | |
| | § | |
| | § | |
| **Defendant** | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about September 8, 2009, in the Houston Division of the Southern District of

Texas, the defendant,

ORLANDO ABAD-LOPEZ
aka Land Abad
aka Land-Jr. Abad
aka Landy Abad
aka Rolando Abar
aka Orlando Abbad
aka Rafall Manuel Barrios
aka Rafael Manuel Barrios
aka Angel L Colon
aka A L Colon
aka Enrique Enriquez
aka Erich Escriba
aka Orlando Garcia
aka Ricky Garcia
aka Ricky Orlando Garcia
aka Rolando Abar Garcia
aka Orlando Garcia-Lopez
aka Orlando Garcias Lopez
aka Rolando Manuel Garcis
aka Orlando Garza
aka Julio Ramirez Mestas
aka Julio Ramirez
aka Ernesto Rosario Romero
aka Landy-Jr Roney
aka Ernesto Rosario Romero
aka Landy-Jr Runey
aka Raul-Jr. Sanchez
aka Jorge Sanchez

did receive, possess, conceal, store, barter, sell, and dispose of certain stolen merchandise, that is, merchandise stolen from JC Penney Department Stores in the States of Louisiana and Indiana, of a value of $5,000 or more which had crossed a State boundary after being stolen, to wit, said merchandise being stolen on June 22, 2009 in Indianapolis, Indiana; August 16, 2009 in Covington, Louisiana; and, August 19, 2009 in Lafayette, Louisiana and

subsequently brought into the State of Texas, knowing the same to have been stolen.

**In violation of Title 18, United States Code, Section 2315.**

                                    KENNETH MAGIDSON  
                                    UNITED STATES ATTORNEY

                                    */s/ Catherine Lavery*  
                                    Catherine Lavery  
                              Special Assistant United States Attorney