IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL ACTION H-11-844 |
| | § | |
| ORLANDO ABAD-LOPEZ *in custody* | § | |

TN: Ricky Orlando Garcia

## WAIVER OF INDICTMENT

I, Orlando Abad-Lopez, the above named defendant, who is accused of Sale or Receipt of Stolen Merchandise in violation of Title 18, United States Code, Section 2315, being advised of the nature of the charge, the proposed Criminal Information, and of my rights, hereby waive in open court on April 18, 2013 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Signed at Houston, Texas on April 18, 2013.

_____
Orlando Abad-Lopez, Defendant

_____
Attorney for Defendant

APPROVED:

_____
Gray H. Miller
United States District Judge