UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:11-cr-844 |
| ORLANDO ABAD-LOPEZ | § | |
| aka Land Abad | § | |
| aka Land-Jr. Abad | § | |
| aka Landy Abad | § | |
| aka Rolando Abar | § | |
| aka Orlando Abbad | § | |
| aka Rafall Manuel Barrios | § | |
| aka Rafael Manuel Barrios | § | |
| aka Angel L Colon | § | |
| aka A L Colon | § | |
| aka Enrique Enriquez | § | |
| aka Erich Escriba | § | |
| aka Orlando Garcia | § | |
| aka Ricky Garcia | § | |
| aka Ricky Orlando Garcia | § | |
| aka Rolando Abar Garcia | § | |
| aka Orlando Garcia-Lopez | § | |
| aka Orlando Garcias Lopez | § | |
| aka Rolando Manuel Garcis | § | |
| aka Orlando Garza | § | |
| aka Julio Ramirez Mestas | § | |
| aka Julio Ramirez | § | |
| aka Ernesto Rosario Romero | § | |
| aka Landy-Jr Roney | § | |
| aka Ernesto Rosario Romero | § | |
| aka Landy-Jr Runey | § | |
| aka Raul-Jr. Sanchez | § | |
| aka Jorge Sanchez | § | |

## **FINAL ORDER OF CRIMINAL FORFEITURE AT SENTENCING**

The Defendant's interest in the firearm and ammunition listed in the notice of criminal forfeiture in the indictment, namely:

Lorcin, mod. L380, .380 caliber pistol, serial #: 128369;

Bersa, mod. Thunder 380,. 380 cal. Pistol, serial #: 592583;

Cobra Ent., mod. CA380, .380 cal. pistol, serial # obliterated;

38 rounds of unfired PPU .380 cal. ammunition;

25 rounds of unfired Winchester 9 mm cal. ammunition;

22 rounds of unfired Remington .380 cal.; and

4 rounds of unfired Winchester .380 cal. ammunition;

seized in connection with the Defendant's arrest, are forfeited to the United States.

Pursuant to Fed. R. Cr. P. 32.2 (b)(4), this order is final as to the Defendant, and shall be included in the judgment. Upon adjudication of all third party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(2).

Signed on September 11, 2013.

Gray H. Miller
United States District Judge